Jeffrey A. Meyers, Attorney at Law
State Bar No. 175474
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
(714) 617-5868
jmeyerslaw17@yahoo.com

Attorney for Plaintiff TITO VASQUEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

(Southern Division – Santa Ana)

| | |
|---|---|
| TITO VASQUEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>CAMERON WELDING SUPPLY, a business entity; JOSEPH CHURILLA, an individual; STANTON-MONROE PROPERTIES LLC, a California limited liability company,<br><br>           Defendants, | **Case No.:  8:25-CV-00903 AB (DFMx)**<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

1

Plaintiff TITO VASQUEZ and Defendants CAMERON WELDING SUPPLY, a business entity; JOSEPH CHURILLA, an individual; and STANTON-MONROE PROPERTIES LLC, a California limited liability company, through their undersigned counsel, hereby stipulate that all claims asserted by Plaintiff against these defendants shall be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own attorney's fees and costs.

Dated:  October 9, 2025

FOR PLAINTIFF:

_____
Jeffrey A. Meyers, Attorney at Law

FOR DEFENDANTS:

*Shireen B Rogers*

_____
Shireen Rogers, Esq.
Attorney for Defendants
CAMERON WELDING SUPPLY, a business entity; JOSEPH CHURILLA, an individual; and STANTON-MONROE PROPERTIES LLC, a California limited liability company

STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)